UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| CHRISTINA CHALREO BREAULT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20–CV–190 |
| AGBE BEN EPOU, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 16, 2020. [Doc. 8]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Application to Proceed *In Forma Pauperis* be granted, and that her Complaint should be dismissed for lack of subject matter jurisdiction. [*Id.*]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 8], and that Plaintiff's Application to Proceed *In Forma Pauperis* be GRANTED, [Doc. 1]. Further, Plaintiff's Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

1

So ordered.

ENTER:

                                                              s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE