UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| CHRISTINA CHALREO BREAULT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20–CV–190 |
| | ) |
| AGBE BEN EPOU, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This case came before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis, [Doc. 1], and Magistrate Judge Cynthia R. Wyrick's Report and Recommendation, [Doc. 8]. For the reasons stated in the Court's Order adopting Judge Wyrick's Report and Recommendation, it is ORDERED AND ADJUGED that this action be, and hereby is, DISMISSED WITHOUT PREJUDICE. Accordingly, the Clerk is DIRECTED to close the case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ John Medearis
Clerk of Court